■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MARIA PICKARD, Appellant. [627 NYS2d 988] —Appeal by the defendant, as limited by her motion, from a sentence of the County Court, Rockland County (Meehan, J.), imposed December 1, 1994, upon her conviction of grand larceny in the third degree, upon her plea of guilty, the sentence being five years of probation, with 200 hours of community service and 90 days imprisonment running concurrently with the term of probation, as a condition thereof.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v PAUL PICKARD, Appellant. [627 NYS2d 988] —Appeal by the defendant, as limited by his motion, from three sentences of the County Court, Rockland County (Meehan, J.), all imposed December 1, 1994, upon his conviction of grand larceny in the third degree (three counts; one count as to each Superior Court Information), upon his pleas of guilty, the sentences being three concurrent indeterminate terms of imprisonment of $1^2/_3$ to 5 years.

Ordered that the sentences are affirmed.

While the defendant's waiver of his right to appeal is unenforceable *(see, People v Leach,* 203 AD2d 484), the sentence imposed is neither harsh nor excessive *(see, People v Suitte,* 90 AD2d 80). Mangano, P. J., Bracken, O'Brien, Pizzuto and Goldstein, JJ., concur.